**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Money.Net Incorporated, | ) | Case No. 21-10709 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**GLOBAL NOTES AND METHODOLOGY**
**REGARDING THE DEBTOR'S SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

Money.Net Incorporated (the "Debtor"), with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Methodology Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtor and its officers, employees, agents, attorneys, and financial advisors (as applicable) do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and financial advisors expressly

do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents, and advisors, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### Global Notes and Overview of Methodology

1.     **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by or against the Debtor. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2.     **Description of Cases and "as of" Information Date**. On April 15, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The asset and liability information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of the close of business on April 15, 2021.

3.     **Net Book Value of Assets**. It would be prohibitively expensive and unduly burdensome for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the close of business on April 15, 2021, in the Debtor's books and records. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.     **Recharacterization**. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts,

unexpired leases, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

5.    **Excluded Assets and Liabilities**.  The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change. The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains.  In addition, certain immaterial assets and liabilities may have been excluded.

6.    **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

7.    **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

8.    **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

9.    **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

10.   **Causes of Action**.  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured,

suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11.   **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

a.   Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.   Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.   Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

12.   **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

13.   **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14.   **Setoffs**.  The Debtor incurs certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its vendors and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.

15.   **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

WBD (US) 52061170v2

**Fill in this information to identify the case:**

Debtor name    **Money.Net Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10709 (BLS)**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $     **1,309,329.25**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $     **1,309,329.25**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................... $     **4,956.21**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$     **1,164,994.19**

4.    **Total liabilities** ................................................................................................................
Lines 2 + 3a + 3b      $     **1,169,950.40**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Money.Net Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10709 (BLS)**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank** | **Checking** | **1065** | **$28,015.90** |
| 3.2. | **JPMorgan Chase Bank** | **Payroll** | **1066** | **$81.62** |
| 3.3. | **JPMorgan Chase Bank** | **Savings** | **1067** | **$15.20** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **American Express Merchant Account** | **$195.13** |
| 4.2. | **Chase Paymentech Merchant Services** | **$0.00** |

5.    **Total of Part 1.** | | **$28,307.85** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Money.Net Incorporated**                                    Case number *(If known)*   **21-10709 (BLS)**
_____
Name

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Chase Paymentech Merchant Escrow Account** | $56,320.83 |
|---|---|---|

| 7.2. | **CQG, Inc.** | $5,000.00 |
|---|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **The Law Offices of Daniel A. Singer** | $10,500.00 |
|---|---|---|
| 8.2. | **Ropes & Gray LLP** | $25,000.00 |
| 8.3. | **New York State Corporation Tax - MTA** | $107.25 |
| 8.4. | **NYC Department of Finance** | $360.00 |
| 8.5. | **New York State Corporation Tax** | $442.00 |
| 8.6. | **Foreign Tax Credit** | $4,459.95 |

9.      **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.          **$102,190.03**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | 28,831.37 | - | 0.00 | = .... | $28,831.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Money.Net Incorporated** | Case number *(if known)* | **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $28,831.37 |
|---|---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Money.Net Software Application** | $0.00 | Estimated | $1,000,000.00 |
| **Scoutfin.com Software Application** | $0.00 | Estimated | $150,000.00 |
| **Hosted Third Party Rented Servers (offsite at and managed by Cogent Communications, Herndon, VA)** | $0.00 | | $0.00 |
| **Dell Server purchased and expensed 10.09.2017** | $0.00 | | $0.00 |
| **Dell Server purchased and expensed 10.13.2017** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Money.Net Incorporated**                                    Case number *(If known)*  **21-10709 (BLS)**
_____                    
Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$1,150,000.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | **money.net (expires 08/13/2022)** | $0.00 | | Unknown |
| | **scoutfin.com (expires 02/02/2022)** | $0.00 | | Unknown |
| | **marketscreen.com (expires 12/29/2023)** | $0.00 | | Unknown |
| | **pcquote.com (expires 07/24/2023)** | $0.00 | | Unknown |
| | **whistle-group.com (expires 04/14/2026)** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>**AG Grid** | $0.00 | | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Money.Net Incorporated** | | Case number *(If known)* **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| install4j | $0.00 | | Unknown |
| ChartIQ | $0.00 | | Unknown |
| Amazon Web Services | $0.00 | | Unknown |
| Barchart | $0.00 | | Unknown |
| Cboe Bats, LLC | $0.00 | | Unknown |
| CFRA | $0.00 | | Unknown |
| Cogent Communications, Inc. | $0.00 | | Unknown |
| CQG, Inc. | $0.00 | | Unknown |
| Exchange Data International | $0.00 | | Unknown |
| MidnightTrader, Inc. | $0.00 | | Unknown |
| The Nasdaq Stock Market, Inc. | $0.00 | | Unknown |
| Options Price Reporting Authority | $0.00 | | Unknown |
| OTC Markets Group Inc. | $0.00 | | Unknown |
| Profitspi Pte Ltd | $0.00 | | Unknown |
| Quandl | $0.00 | | Unknown |
| Chicago Mercantile Exchange Inc. | $0.00 | | Unknown |
| Spryware | $0.00 | | Unknown |
| Theflyonthewall.com. Inc. | $0.00 | | Unknown |
| TipRanks Ltd | $0.00 | | Unknown |
| TSX Inc. | $0.00 | | Unknown |
| Xignite, Inc. | $0.00 | | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Money.Net Incorporated**                                    Case number *(If known)*  **21-10709 (BLS)**
_____Name_____

| | | | |
|---|---|---|---|
| **Tiingo** | $0.00 | | Unknown |
| **The Mathworks, Inc.** | $0.00 | | Unknown |
| **OpenFin Inc.** | $0.00 | | Unknown |

63.  **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Money.Net Current & Former Customers - 128,581 emails addresses** | $0.00 | | Unknown |
| **2019 Futures & Options Expo Show - 2,430 email addresses** | $0.00 | | Unknown |
| **Academic 20180411 - 2,966 email addresses** | $0.00 | | Unknown |
| **Accupoint 1 20180510 - 4,350 email addresses** | $0.00 | | Unknown |
| **Accupoint 2 20180510 - 1,664 email addresses** | $0.00 | | Unknown |
| **Accupoint 201906 - 3,827 email addresses** | $0.00 | | Unknown |
| **Internal Sales Contacts - 2,148 email addresses** | $0.00 | | Unknown |
| **Hedge Funds 20180510 - 7,752 email addresses** | $0.00 | | Unknown |
| **RBC 20180403 - 123 email addresses** | $0.00 | | Unknown |
| **Scout Finance - 8,115 email addresses** | $0.00 | | Unknown |
| **Website Subscribe Form - 12 email addresses** | $0.00 | | Unknown |

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Money.Net Incorporated**                                    Case number *(If known)*   **21-10709 (BLS)**
_____
Name

☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) |  |  |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |  |
| Federal Net Operating Loss Deduction ($811,948) | Tax year **2005** | **$0.00** |
| Federal Net Operating Loss Deduction ($369,847) | Tax year **2007** | **$0.00** |
| Federal Net Operating Loss Deduction ($134,938) | Tax year **2009** | **$0.00** |
| Federal Net Operating Loss Deduction ($61,892) | Tax year **2010** | **$0.00** |
| Federal Net Operating Loss Deduction ($590,996) | Tax year **2014** | **$0.00** |
| Federal Net Operating Loss Deduction ($1,373,134) | Tax year **2015** | **$0.00** |
| Federal Net Operating Loss Deduction ($3,800,529) | Tax year **2016** | **$0.00** |
| Federal Net Operating Loss Deduction ($4,135,684) | Tax year **2017** | **$0.00** |
| Federal Net Operating Loss Deduction ($1,678,680) | Tax year **2018** | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Money.Net Incorporated**                                    Case number *(If known)*   **21-10709 (BLS)**
_____                          _____
         Name

| | | |
|---|---|---|
| **Federal Net Operating Loss Deduction ($31,858)** | Tax year **2019** | **$0.00** |

73. Interests in insurance policies or annuities
**Chubb Commercial Excess and Umbrella Insurance
(Total premium paid for both Chubb policies: $2,377.68)**                         **Unknown**

**Chubb Financial Institutions Policy
October 25, 2020 - October 25, 2021
(Total premium paid for both Chubb policies: $2,377.68)**                         **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims
Counterclaim in 158852 Canada, Inc. et al. v. Money.Net,
Incorporated et al.
(Index No. 653604/2014) (New York State Supreme
Court, New York County)
(Amount requested: No specific amount demanded)**                                 **Unknown**

| Nature of claim | **Attorneys' fees and sanctions based on frivolous action** |
|---|---|
| Amount requested | **No specific amount demanded** |

**Counterclaim and setoff in Wall Street Horizon, Inc. v.
Money.Net Incorporated
(Case No. 2053-cv-201) (Woburn District Court,
Commonwealth of Massachusetts)
(Amount requested: At least $25,000.00)**                                         **Unknown**

| Nature of claim | **Setoff and breach of contract** |
|---|---|
| Amount requested | **At least $25,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                                         **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Money.Net Incorporated**                                    Case number *(If known)*  **21-10709 (BLS)**
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,307.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $102,190.03 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,831.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,150,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,309,329.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,309,329.25 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Money.Net Incorporated</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number <em>(if known)</em></td><td><strong>21-10709 (BLS)</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name   **Money.Net Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-10709 (BLS)**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**New Jersey Division of Taxation**<br>**P.O. Box 269**<br>**Trenton, NJ 08695-0269** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$226.92** | **$226.92** |
|  | Date or dates debt was incurred<br>**01/01/2020 to 12/31/2020** | Basis for the claim:<br>**Collected New Jersey state sales tax** | | |
|  | Last 4 digits of account number **2222**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**New York State Department of**<br>**Taxation**<br>**Sales and Use Tax**<br>**P.O. Box 15168**<br>**Albany, NY 12212-5168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,729.29** | **$4,729.29** |
|  | Date or dates debt was incurred<br>**03/01/2021 to 04/15/2021** | Basis for the claim:<br>**Collected New York state sales tax** | | |
|  | Last 4 digits of account number **2222**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Money.Net Incorporated** | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|

Name

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|
| **360T**<br>**521 Fifth Avenue**<br>**New York, NY 10175** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2020** | Basis for the claim:  **Prepaid services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|
| **360T**<br>**521 Fifth Avenue**<br>**New York, NY 10175** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **09/2020** | Basis for the claim:  **Prepaid services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Adobe Systems Incorporated**<br>**75 Remittance Drive, Suite 1025**<br>**Chicago, IL 60675-1025** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **04/2021** | Basis for the claim:  **Software** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Amazon Web Services**<br>**410 Terry Ave North**<br>**Seattle, WA 98109-5210** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  **Hosting services** | |
| Last 4 digits of account number  **0943** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|
| **Arque Advisors, LLC**<br>**Attn: David G. Bullock**<br>**17 Elm Place**<br>**Rye, NY 10580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **06/07/2018** | Basis for the claim:  **Finder's fee** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,664.57 |
|---|---|---|
| **ASX Operations Pty Ltd.**<br>**ABN 42 004 523 782**<br>**P.O. Box H224**<br>**Australia Square Sydney NSW**<br>**Sydney 1215 Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **01/15/2018** | Basis for the claim:  **Data services** | |
| Last 4 digits of account number  **6750** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Atlassian**<br>**Level 6 341 George Street**<br>**Sydney, NSW 2000, Australia** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **04/2021** | Basis for the claim:  **Software** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Money.Net Incorporated** | | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,502.94 |
|---|---|---|---|

**Barchart**
**Attn: Accounts Recievable**
**209 W. Jackson Boulevard**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  12/09/2020 to 04/09/2021

Basis for the claim:  **Data services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,619.16 |
|---|---|---|---|

**Cboe Bats, LLC**
**28851 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  01/31/2021 to 03/31/2021

Basis for the claim:  **Data services**

Last 4 digits of account number  **MONI-MD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,100.00 |
|---|---|---|---|

**CFRA**
**P.O. Box 28467**
**New York, NY 10087-8467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  04/02/2019 to 04/01/2021

Basis for the claim:  **Data services**

Last 4 digits of account number  **7191**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,467.96 |
|---|---|---|---|

**ChartIQ**
**609 East Market Street**
**Suite 111**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  11/30/2018 to 02/01/2021

Basis for the claim:  **Charting services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,042.97 |
|---|---|---|---|

**Chicago Mercantile Exchange Inc.**
**Attn: Accounts Receivable**
**P.O. Box 73672**
**Chicago, IL 60673-7672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  10/31/2020 to 03/31/2021

Basis for the claim:  **Data services**

Last 4 digits of account number  **6108**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,992.12 |
|---|---|---|---|

**Cogent Communications, Inc.**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  01/07/2021 to 04/08/2021

Basis for the claim:  **Hosting services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,136.00 |
|---|---|---|---|

**CQG, Inc.**
**Attn: Billing**
**1999 Broadway**
**Suite 1550**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  02/28/2021 to 03/31/2021

Basis for the claim:  **Data services**

Last 4 digits of account number  **4223**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Money.Net Incorporated** | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Currenex, Inc.**
**c/o State Street**
**Box 5123**
**Boston, MA 02206**

Date(s) debt was
incurred **09/30/2018 to 02/28/2019**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Data services**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Dataminr, Inc.**
**6 East 32nd Street**
**2nd Floor**
**New York, NY 10016**

Date(s) debt was
incurred **07/01/2018 to 03/30/2021**

Last 4 digits of account number **8886**

As of the petition filing date, the claim is: *Check all that apply.*                    **$66,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Econoday**
**3736 Mt. Diablo Boulevard**
**Suite 205**
**Lafayette, CA 94549**

Date(s) debt was
incurred **08/01/2018 to 11/26/2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,800.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Elizabeth City College**
**1704 Weeksville Road**
**Elizabeth City, NC 27909**

Date(s) debt was incurred **05/2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$875.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Endeavor**
**410 Greenwich Avenue**
**Greenwich, CT 06830**

Date(s) debt was incurred **07/2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                    **$900.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepaid services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Exchange Data International Ltd**
**5-7 Highgate Road**
**London, NW5 1JY, UK**

Date(s) debt was
incurred **11/01/2020 to 04/01/2021**

Last 4 digits of account number **MNI**

As of the petition filing date, the claim is: *Check all that apply.*                    **$21,270.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**FTSE International Limited**
**10 Paternoster Square**
**London, EC4M 7LS, United Kingdom**

Date(s) debt was incurred **07/01/2018**

Last 4 digits of account number **3132**

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,029.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Money.Net Incorporated** | | Case number (*if known*) | **21-10709 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GMG Ventures**
**451 Teracina Way**
**Naples, FL 34119**

Date(s) debt was incurred  **10/20/2015**

Last 4 digits of account number ___

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Purchase Agreements**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00**

**Heidrick & Struggles**
**318 14th Street**
**Santa Monica, CA 90402**

Date(s) debt was incurred  **01/2021**

Last 4 digits of account number ___

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hoffman & Kessler LLP**
**1270 Avenue of the Americas**
**Suite 301**
**New York, NY 10020**

Date(s) debt was incurred  **Various**

Last 4 digits of account number ___

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

**Humbolt University**
**1 Harpst Street**
**Arcata, CA 95521**

Date(s) debt was incurred  **03/2021**

Last 4 digits of account number ___

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Huron**
**768 Grenfell Drive**
**London, ON, N5X 2C7, Canada**

Date(s) debt was incurred  **08/2020**

Last 4 digits of account number ___

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Prepaid services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00**

**ICE Data L.L.P.**
**55 East 52nd Street**
**40th Floor**
**New York, NY 10055**

Date(s) debt was incurred  **01/25/2019**

Last 4 digits of account number  **6894**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,795.37**

**Jeffrey Sun**
**10 Bond Street #3E**
**New York, NY 10012**

Date(s) debt was incurred  **2/7/2020**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Money.Net Incorporated** | | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|---|

Name

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Learnbrite**
**1 East Washington Street**
**Phoenix, AZ 85004-2553**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number ____

**Basis for the claim:**  **Squawk service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Louisiana Tech**
**P.O. Box 10318**
**Ruston, LA 71272**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2020**

Last 4 digits of account number ____

**Basis for the claim:**  **Prepaid services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mail Chimp**
**c/o The Rocket Science Group, LLC**
**675 Ponce de Leon Ave NE**
**Suite 5000**
**Atlanta, GA 30308**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number ____

**Basis for the claim:**  **Software**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MailGun**
**112 East Pecan Street #1134**
**San Antonio, TX 78205**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number ____

**Basis for the claim:**  **Software**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manhattan Mini Storage**
**161 Varick Street**
**New York, NY 10013**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number ____

**Basis for the claim:**  **Storage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,023.45** |
|---|---|---|---|

**MarketAxess**
**55 Hudson Yards**
**15th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **12/11/2017 to 03/31/2018**

Last 4 digits of account number ____

**Basis for the claim:**  **Data services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,733.36** |
|---|---|---|---|

**MetalMark**
**1177 Avenue of the Americas**
**40th Floor**
**New York, NY 10035**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2020**

Last 4 digits of account number ____

**Basis for the claim:**  **Prepaid services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Money.Net Incorporated** | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,500.00** |
|---|---|---|---|
| | **MidnightTrader, Inc.**<br>**5604 McKinley Street**<br>**Bethesda, MD 20817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred __08/01/2020 to 04/01/2021__ | **Basis for the claim:** __News service__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Morgan Downey**<br>**80 N. Moore Street #5D**<br>**New York, NY 10013** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/20/2017__ | **Basis for the claim:** __Compensation agreement__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Noonbell Investors II, LLC**<br>**310 East 53rd Street**<br>**29th Floor**<br>**New York, NY 10022** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/20/2015__ | **Basis for the claim:** __Purchase Agreements__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,944.00** |
|---|---|---|---|
| | **NYSE Market, Inc.**<br>**P.O. Box 223695**<br>**Pittsburgh, PA 15251-2695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred __05/31/2019 to 01/31/2020__ | **Basis for the claim:** __Data services__ | |
| | Last 4 digits of account number __2326__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Olark**<br>**427 N. Tatnall St #63602**<br>**Wilmington, DE 19801** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __04/2021__ | **Basis for the claim:** __Software chat service__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,125.00** |
|---|---|---|---|
| | **Old Second National Bank**<br>**37 S. River Street**<br>**Aurora, IL 60506** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __03/2021__ | **Basis for the claim:** __Prepaid services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,592.60** |
|---|---|---|---|
| | **Options Price Reporting Authority**<br>**P.O. Box 775625**<br>**Chicago, IL 60677-5625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred __08/07/2018 to 04/05/2021__ | **Basis for the claim:** __Data services__ | |
| | Last 4 digits of account number __4199,1923__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Money.Net Incorporated** | Case number (*if known*) | **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,065.00** |
|---|---|---|---|

**OTC Markets Group Inc.**
**P.O. Box 29959**
**New York, NY 10087-9959**

Date(s) debt was
incurred  **12/31/2020 to 04/09/2021**

Last 4 digits of account number  **0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Profitspi Pte Ltd**
**90 Cecil Street #10-02**
**Singapore 069531**

Date(s) debt was incurred  **03/31/2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Backtest services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quandl**
**625 Church Street, Suite 400**
**Toronto, ON, M4Y 261, Canada**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**QuickBooks**
**c/o Intuit Inc.**
**2700 Coast Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,612.90** |
|---|---|---|---|

**Real-time Analysis & News Ltd.**
**(RanSquawk)**
**Moor Place**
**1 Fore Street**
**London, EC2Y 5EJ, United Kingdom**

Date(s) debt was incurred  **07/01/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Remote Data Backup**
**P.O. Box 543**
**Fort Collins, CO 80522**

Date(s) debt was incurred  **04/2021**

Last 4 digits of account number  __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,400.00** |
|---|---|---|---|

**Riskpulse**
**3300 N. Interstate Hwy 35 Floor 7**
**Austin, TX 78705-1849**

Date(s) debt was
incurred  **07/02/2018 to 01/02/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Money.Net Incorporated** | Case number (if known) | **21-10709 (BLS)** |
|--------|-----------------------------|------------------------|---------------------|
| | Name | | |

| | | |
|---|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |
| | **Ropes & Gray LLP** | ☐ Contingent | |
| | **Mail Code: 11104** | ☐ Unliquidated | |
| | **P.O. Box 11839** | ☐ Disputed | |
| | **Newark, NJ 07101-8138** | | |
| | Date(s) debt was incurred **03/26/2019** | Basis for the claim: **Legal** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Ruchi Madan-Laezza** | ■ Contingent | |
| | **825 Atterbury Lane** | ■ Unliquidated | |
| | **Franklin Lakes, NJ 07417** | ☐ Disputed | |
| | Date(s) debt was incurred **10/20/2015** | Basis for the claim: **Purchase Agreements** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,739.53** |
| | **S&P Global Market Intelligence LLC** | ☐ Contingent | |
| | **33356 Collection Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693-0333** | ☐ Disputed | |
| | Date(s) debt was incurred **02/12/2018 to 02/12/2019** | Basis for the claim: **Data services** | |
| | Last 4 digits of account number **7586** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **SendGrid, Inc.** | ☐ Contingent | |
| | **375 Beale Street, Suite 300** | ☐ Unliquidated | |
| | **San Francisco, CA 94105** | ☐ Disputed | |
| | Date(s) debt was incurred **04/2021** | Basis for the claim: **Software** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Shannon Bell** | ■ Contingent | |
| | **454 West 46th Street #4DS** | ■ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | Date(s) debt was incurred **10/20/2015** | Basis for the claim: **Purchase Agreements** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,595.28** |
| | **Spryware, LLC** | | |
| | **c/o Pico Quantitative Trading LLC** | | |
| | **32 Old Slip** | ☐ Contingent | |
| | **Suite 1601** | ☐ Unliquidated | |
| | **New York, NY 10005** | ☐ Disputed | |
| | Date(s) debt was incurred **01/05/2021 to 04/02/2021** | Basis for the claim: **Data services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Steven J. Freiberg** | ■ Contingent | |
| | **7663 Fenwick Place** | ■ Unliquidated | |
| | **Boca Raton, FL 33496** | ☐ Disputed | |
| | Date(s) debt was incurred **10/20/2015** | Basis for the claim: **Purchase Agreements** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Money.Net Incorporated** | | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,961.88** |
|---|---|---|---|

**The Law Offices of Daniel A. Singer PLLC**
**630 3rd Avenue**
**18th Floor**
**New York, NY 10017**

Date(s) debt was incurred  12/27/2019

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,360.95** |
|---|---|---|---|

**The Nasdaq Stock Market, Inc.**
**P.O. Box 7777**
**W127**
**Philadelphia, PA 19106-1270**

Date(s) debt was
incurred  12/31/2020 to 03/31/2021

Last 4 digits of account number  6963

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |
|---|---|---|---|

**Theflyonthewall.com. Inc.**
**Attn: Accounts Receivable**
**428 Springfield**
**Summit, NJ 07928**

Date(s) debt was
incurred  07/10/2020 to 04/10/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **News services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tiingo**
**P.O. Box 491**
**Seekonk, MA 02771**

Date(s) debt was incurred  04/2021

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Data**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**TipRanks Ltd**
**Nachmani St. 14**
**Tel Aviv, 6579424, Israel**

Date(s) debt was
incurred  09/02/2020 to 04/05/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,061.61** |
|---|---|---|---|

**TSX Inc.**
**c/o T56297C**
**P.O. Box 56297 Station A**
**Toronto, ON, M5W 4L1, Canada**

Date(s) debt was
incurred  12/31/2020 to 03/31/2021

Last 4 digits of account number  2452

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Twilio Inc.**
**375 Beale Street, Suite 300**
**San Francisco, CA 94105**

Date(s) debt was incurred  04/2021

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Money.Net Incorporated** | | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,812.50 |
|---|---|---|---|
| | **University of Dallas**<br>**1845 E. Northgate Drive**<br>**Irving, TX 75062** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  02/2021 | Basis for the claim:  Prepaid services | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,844.88 |
|---|---|---|---|
| | **Vela Trading Systems LLC**<br>**211 East 43rd Street**<br>**5th Floor**<br>**New York, NY 10017** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/01/2017 to 03/05/2018 | Basis for the claim:  Hosting services | |
| | Last 4 digits of account number  4593 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Vonage**<br>**P.O. Box 392415**<br>**Pittsburgh, PA 15251-9415** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  04/2021 | Basis for the claim:  Phone service | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,400.00 |
|---|---|---|---|
| | **Wall Street Horizon Inc.**<br>**400 West Cummings Park #3650**<br>**Woburn, MA 01801** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/01/2019 to 02/01/2020 | Basis for the claim:  Data services | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,476.00 |
|---|---|---|---|
| | **Xignite, Inc.**<br>**1875 South Grant Street #130**<br>**San Mateo, CA 94402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/15/2020 to 02/15/2021 | Basis for the claim:  Data services | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NYSE Market, Inc.**<br>**c/o Commercial Collection Corporation NY**<br>**Attn: Carlos Ortiz**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line  3.39<br><br>☐ Not listed. Explain ____ | 2326 |
| 4.2 | **Vela Trading Systems LLC**<br>**c/o Vengroff Williams, Inc.**<br>**Attn: Patty Taylor**<br>**P.O. Box 4155**<br>**Sarasota, FL 34230** | Line  3.65<br><br>☐ Not listed. Explain ____ | 4593 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Money.Net Incorporated** | Case number (if known) | **21-10709 (BLS)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 4,956.21 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,164,994.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,169,950.40 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Money.Net Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10709 (BLS)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hosting services** | |
|---|---|---|---|
| | State the term remaining | **Evergreen until cancelled** | **Amazon Web Services** |
| | List the contract number of any government contract | | **410 Terry Ave North** **Seattle, WA 98109-5210** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term through 11/18/2021 - auto renews unless 60 day term notice before that date** | **Barchart** **Attn: Accounts Receivable** **209 W. Jackson Boulevard** |
| | List the contract number of any government contract | | **Chicago, IL 60606** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Financial advisory** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Carroll Services LLC** |
| | List the contract number of any government contract | | **19680 Marino Lake Cir. #2403** **Miromar Lakes, FL 33913** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **Cboe Bats, LLC** **28851 Network Place** |
| | List the contract number of any government contract | | **Chicago, IL 60673-1288** |

Debtor 1  **Money.Net Incorporated**

First Name          Middle Name          Last Name

Case number (*if known*)    **21-10709 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term through 10/01/2021 - auto renews unless 30 day term notice before that date** | **CFRA** |
| | List the contract number of any government contract | | **P.O. Box 28467** **New York, NY 10087-8467** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Charting functionality / services** | |
|---|---|---|---|
| | State the term remaining | **Current term through 03/2022, unless 30-day termination notice** | **ChartIQ** **609 East Market Street** |
| | List the contract number of any government contract | | **Suite 111** **Charlottesville, VA 22902** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice or notice of appointment of trustee** | **Chicago Mercantile Exchange Inc.** **Attn: Accounts Receivable** |
| | List the contract number of any government contract | | **P.O. Box 73672** **Chicago, IL 60673-7672** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Hosting services** | |
|---|---|---|---|
| | State the term remaining | **30 day notice on renewal date - various dates** | **Cogent Communications, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 791087** **Baltimore, MD 21279-1087** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Termination on appointment of trustee or 90-day notice** | **CQG, Inc.** **Attn: Billing** **1999 Broadway** |
| | List the contract number of any government contract | | **Suite 1550** **Denver, CO 80202** |

| Debtor 1 | **Money.Net Incorporated** | | | Case number (*if known*) | **21-10709 (BLS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term through 02/28/2022 - auto renews unless 90 day notice** | **Exchange Data International Ltd 5-7 Highgate Road London, NW5 1JY, United Kingdom** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreements** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **GMG Ventures 451 Teracina Way Naples, FL 34119** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Technical consulting** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **Katsoft Katarzyna Henslockk-Matejczyk Zytnia 16/70, 01-014 Warszawa, Poland** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **News feed** | |
|---|---|---|---|
| | State the term remaining | **Current term though 05/01/2021 - auto renews unless 60 day notice** | **MidnightTrader, Inc. 5604 McKinley Street Bethesda, MD 20817** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Personnel services** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Morgan Downey 80 N. Moore Street #5D New York, NY 10013** |
| | List the contract number of any government contract | | |

Debtor 1   **Money.Net Incorporated**
        First Name       Middle Name       Last Name

Case number (*if known*)   **21-10709 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreements** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Noonbell Investors II, LLC**<br>**310 East 53rd Street**<br>**29th Floor**<br>**New York, NY 10022** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Software** | |
|---|---|---|---|
| | State the term remaining | **Current term through 6/11/2018, auto renew unless 30-day notice** | **OpenFin Inc.**<br>**25 Broadway**<br>**9th Floor**<br>**New York, NY 10004** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **Options Price Reporting Authority**<br>**P.O. Box 775625**<br>**Chicago, IL 60677-5625** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **OTC Markets Group Inc.**<br>**P.O. Box 29959**<br>**New York, NY 10087-9959** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Technical consulting** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **Play Nice Together, Inc.**<br>**P.O. Box 510**<br>**Elmsford, NY 10523** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Legal** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Ropes & Gray LLP**<br>**Mail Code: 11104**<br>**P.O. Box 11839**<br>**Newark, NJ 07101-8138** |

Debtor 1 **Money.Net Incorporated**

First Name      Middle Name      Last Name

Case number *(if known)* **21-10709 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreements** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Ruchi Madan-Laezza** |
| | List the contract number of any government contract | _____ | **825 Atterbury Lane** |
| | | | **Franklin Lakes, NJ 07417** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreements** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Shannon Bell** |
| | List the contract number of any government contract | _____ | **454 West 46th Street #4DS** |
| | | | **New York, NY 10036** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term through 11/01/2021 - auto renews unless 90-day notice or notice of bankruptcy** | **Spryware, LLC** |
| | | | **c/o Pico Quantitative Trading LLC** |
| | | | **32 Old Slip** |
| | | | **Suite 1601** |
| | List the contract number of any government contract | _____ | **New York, NY 10005** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreements** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Steven J. Freiberg** |
| | List the contract number of any government contract | _____ | **7663 Fenwick Place** |
| | | | **Boca Raton, FL 33496** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Legal** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **The Law Offices of Daniel A. Singer PLLC** |
| | | | **630 3rd Avenue** |
| | List the contract number of any government contract | _____ | **18th Floor** |
| | | | **New York, NY 10017** |

Debtor 1  **Money.Net Incorporated**

First Name          Middle Name          Last Name

Case number (*if known*)  **21-10709 (BLS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Analytics** | |
|---|---|---|---|
| | State the term remaining | **Auto term on sale of assets** | **The Mathworks, Inc.** |
| | List the contract number of any government contract | | **3 Apple Hill Drive** |
| | | | **Natick, MA 01760-2098** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 30 day term notice** | **The Nasdaq Stock Market, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 7777** |
| | | | **W127** |
| | | | **Philadelphia, PA 19106-1270** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **News feed** | |
|---|---|---|---|
| | State the term remaining | **Current term though 11/15/2021 - 90 day notice or notice of bankruptcy** | **Theflyonthewall.com. Inc.** |
| | List the contract number of any government contract | | **Attn: Accounts Receivable** |
| | | | **428 Springfield** |
| | | | **Summit, NJ 07928** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term though 04/2022 - auto renews unless 90-day termination** | **TipRanks Ltd** |
| | List the contract number of any government contract | | **Nachmani St. 14** |
| | | | **Tel Aviv, 6579424, Israel** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Evergreen - 90 day term notice** | **TSX Inc.** |
| | List the contract number of any government contract | | **c/o T56297C** |
| | | | **P.O. Box 56297** |
| | | | **Station A** |
| | | | **Toronto, ON, M5W 4L1, Canada** |

| Debtor 1 | **Money.Net Incorporated** | | | Case number *(if known)* | **21-10709 (BLS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Data feeds** | |
|---|---|---|---|
| | State the term remaining | **Current term though 08/15/2021 unless cancel by by 5/14/2020** | **Xignite, Inc.**<br>**1875 South Grant Street #130**<br>**San Mateo, CA 94402** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Money.Net Incorporated** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **21-10709 (BLS)** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |

| | | | |
| --- | --- | --- | --- |
| 2.1 | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Money.Net Incorporated**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **21-10709 (BLS)**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2021**       X **/s/ James P. Carroll**
                                            Signature of individual signing on behalf of debtor

                                         **James P. Carroll**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Money.Net Incorporated**__

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   __**21-10709 (BLS)**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$680,473.41** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$2,229,694.40** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,457,328.18** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Money.Net Incorporated**                                    Case number *(if known)*  **21-10709 (BLS)**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See SOFA Attachment 3.** | **Various (see attached).** | **$417,506.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **See attached.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Morgan Downey**<br>**80 North Moore Street #5D**<br>**New York, NY 10013**<br>**Director; Chief Executive Officer** | **04/15/2020 to**<br>**04/16/2021** | **$182,699.96** | **Gross salary: $140,707.70**<br>**Health benefits: $41,992.26**<br>**(See SOFA Attachment 4)** |
| 4.2. | **Janet Christofano**<br>**20 Fifth Avenue #7B**<br>**New York, NY 10011**<br>**Director ; Chief Financial Officer** | **04/15/2020 to**<br>**04/16/2021** | **$154,585.35** | **Gross salary: $140,707.70**<br>**Health benefits: $13,877.65**<br>**(See SOFA Attachment 4)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Money.Net Incorporated** | | Case number *(if known)* | **21-10709 (BLS)** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **158852 Canada, Inc. et al. v. Money.Net, Incorporated et al. (Index No. 653604/2014)** | **Rescission of recapitalization and related claims** | **New York State Supreme Court**<br>**New York County**<br>**IAS Part 53, Judge Andrew Borrok**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wall Street Horizon, Inc. Money.net Incorporated (Civil Action # 2053-CV201)** | **Collections; breach of contract** | **Woburn District Court**<br>**Commonwealth of Massachusetts**<br>**30 Pleasant Street**<br>**Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Money.Net Incorporated**                                    Case number *(if known)*   **21-10709 (BLS)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carroll Services LLC 19680 Marino Lake Cir. #2403 Miromar Lake, FL 33913** | | **Various (See SOFA Attachment 11)** | **$30,000.00** |
| | Email or website address **jim.carroll@carrollservices.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Ropes & Gray LLP Prudential Tower 800 Boylston Street Boston, MA 02199-3600** | | **Various (See SOFA Attachment 11)** | **$54,870.00** |
| | Email or website address **www.ropesgray.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Womble Bond Dickinson (US) LLP 1313 North Market Street, Suite 1200 Wilmington, DE 19801** | | **04/15/2021 (See SOFA Attachment 11)** | **$25,000.00** |
| | Email or website address **www.womblebonddickinson.com/us** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Money.Net Incorporated**                                    Case number *(if known)*  **21-10709 (BLS)**

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **333 Hudson Street #804 New York, NY 10013** | **07/01/2018 to 01/31/2019** |
| 14.2. | **333 Hudson Street #305 New York, NY 10013** | **02/01/2016 to 06/30/2018** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Money.net user name, password, name, address, phone number and email address and, if applicable, employer name, employer address, function of employee and FINRA number**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Money.Net Incorporated** | Case number *(if known)* | **21-10709 (BLS)** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| See SOFA Attachment 20 | See SOFA Attachment 20 | See SOFA Attachment 20 | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Money.Net Incorporated** | Case number *(if known)* | **21-10709 (BLS)** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Janet Christofano**<br>**Money.Net Incorporated**<br>**175 Varick Street, 5th Floor**<br>**New York, NY 10014** | **1999 to 04/15/2021** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Adeptus Partners LLC**<br>**(corporate tax preparer)**<br>**3311 Olney Sandy Spring Road**<br>**Olney, MD 20832** | **2008 to 04/15/2021** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Janet Christofano**<br>**Money.Net Incorporated**<br>**175 Varick Street, 5th Floor**<br>**New York, NY 10014** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.    **Kabbage Inc.**<br>**1410 Broadway, 16th Floor**<br>**New York, NY 10018** |
| 26d.2.    **Cross River Bank**<br>**400 Kelby Street, 14th Floor**<br>**Fort Lee, NJ 07024** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Money.Net Incorporated** | Case number *(if known)* **21-10709 (BLS)** |
|---|---|---|

| **Name and address** | |
|---|---|
| 26d.3. | **Jeffrey Sun**<br>**10 Bond Street #3E**<br>**New York, NY 10012** |
| 26d.4. | **Money.Net Incorporated Shareholders** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Morgan Downey | 80 North Moore Street #5D<br>New York, NY 10013 | Director; Chief Executive Officer | 6.3% Primary<br>10.3% Fully Diluted |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Janet Christofano | 20 Fifth Avenue #7B<br>New York, NY 10011 | Director; Chief Financial Officer | 12.8% Primary<br>11.2% Fully Diluted |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James P. Carroll | 19680 Marino Lake Cir. #2403<br>Miromar Lakes, FL 33913 | Chief Restructuring Officer | - |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Morgan Downey**<br>**80 North Moore Street #5D**<br>**New York, NY 10013** | **$182,699.96 (See SOFA Attachment 30)** | **Various (see attached).** | **Salary and health benefits (see attached).** |
| | **Relationship to debtor**<br>**Director; Chief Executive Officer** | | | |

| Debtor | **Money.Net Incorporated** | | Case number *(if known)* | **21-10709 (BLS)** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Janet Christofano**<br>**20 Fifth Avenue #7B**<br>**New York, NY 10011** | **$154,585.35 (See SOFA Attachment 30)** | **Various (see attached).** | **Salary and health benefits (see attached).** |
| | Relationship to debtor<br>**Director; Chief Financial Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 29, 2021**

| **/s/ James P. Carroll** | **James P. Carroll** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

In re    **Money.Net Incorporated**                                                    Case No.    **21-10709 (BLS)**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

## SOFA Attachment 3

**SOFA Attachment 3**
**Certain payments or transfers to creditors within 90 days before filing this case**

In re Money.Net Incorporated
Case No. 21-10709 (BLS)

| Type | Date | Num | Name | Amount | Total Amount | Reason | Name and Address |
|------|------|-----|------|--------|--------------|--------|------------------|
| **Chase Checking Account:** | | | | | | | |
| Bill Pmt -Check | 2/4/2021 | ACH | Amazon Web Services | $ 3,686.82 | | | |
| Bill Pmt -Check | 3/3/2021 | ACH | Amazon Web Services | $ 3,482.92 | | | |
| Bill Pmt -Check | 4/5/2021 | ACH | Amazon Web Services | $ 3,741.08 | $ 10,910.82 | Suppliers or Vendors | Amazon Web Services, Inc, 410 Terry Ave North, Seattle, WA 98109-5210 |
| Bill Pmt -Check | 1/19/2021 | WIRE | Barchart | $ 4,000.00 | | | |
| Bill Pmt -Check | 2/23/2021 | WIRE | Barchart | $ 4,000.00 | | | |
| Bill Pmt -Check | 3/31/2021 | ACH | Barchart | $ 3,850.00 | $ 11,850.00 | Suppliers or Vendors | Barchart 209 W. Jackson Blvd Chicago, IL 60606 ACCTS REC |
| Bill Pmt -Check | 3/23/2021 | WIRE | Carroll Services LLC | $ 17,500.00 | | | |
| Bill Pmt -Check | 4/15/2021 | WIRE | Carroll Services LLC | $ 12,500.00 | $ 30,000.00 | Services | Carroll Services LLC 19680 Marino Lake Cir. #2403 Miromar Lakes, FL 33913 |
| Bill Pmt -Check | 2/10/2021 | WIRE | Cboe Bats, LLC | $ 13,081.28 | | | |
| Bill Pmt -Check | 3/9/2021 | WIRE | Cboe Bats, LLC | $ 12,118.83 | | | |
| Bill Pmt -Check | 4/12/2021 | WIRE | Cboe Bats, LLC | $ 12,454.98 | $ 37,655.09 | Suppliers or Vendors | Cboe Bats, LLC 28851 Network Place Chicago, IL 60673-1288 |
| Bill Pmt -Check | 1/26/2021 | ACH | ChartIQ | $ 5,855.00 | | | |
| Bill Pmt -Check | 2/24/2021 | ACH | ChartIQ | $ 5,855.00 | | | |
| Bill Pmt -Check | 3/24/2021 | ACH | ChartIQ | $ 6,355.00 | | | |
| Bill Pmt -Check | 3/31/2021 | ACH | ChartIQ | $ 4,355.00 | $ 22,420.00 | Suppliers or Vendors | ChartIQ 609 East Market Street Suite 111 Charlottesville, VA 22902 |
| Bill Pmt -Check | 2/16/2021 | ACH | Cogent Communications, Inc. | $ 13,787.79 | | | |
| Bill Pmt -Check | 3/16/2021 | ACH | Cogent Communications, Inc. | $ 13,405.69 | $ 27,193.48 | Suppliers or Vendors | Cogent Communications, Inc. P.O. Box 791087 Baltimore, MD 21279-1087 |
| Bill Pmt -Check | 2/4/2021 | ACH | CQG, Inc. | $ 3,163.00 | | | |
| Bill Pmt -Check | 3/24/2021 | ACH | CQG, Inc. | $ 4,622.00 | $ 7,785.00 | Suppliers or Vendors | CQG, Inc. Attn: Billing 1999 Broadway - Suite 1550 Denver, CO 80202 |
| Check | 2/5/2021 | WIRE | Jeffrey Sun | $ 5,947.48 | | | |
| Check | 3/5/2021 | WIRE | Jeffrey Sun | $ 5,947.48 | | | |
| Check | 4/7/2021 | WIRE | Jeffrey Sun | $ 5,947.48 | $ 17,842.44 | Unsecured loan repayments | Jeffrey Sun, 10 Bond Street #3E, New York, NY 10012 |
| Bill Pmt -Check | 1/26/2021 | ACH | MidnightTrader, Inc. | $ 5,500.00 | | | |
| Bill Pmt -Check | 2/25/2021 | WIRE | MidnightTrader, Inc. | $ 5,500.00 | $ 11,000.00 | Suppliers or Vendors | MidnightTrader, Inc. 5604 McKinley Street Bethesda, MD 20817 |
| Bill Pmt -Check | 1/15/2021 | WIRE | NASDAQ EX FEES LEV I&II | $ 6,772.19 | | | |
| Bill Pmt -Check | 2/16/2021 | ACH | NASDAQ EX FEES LEV I&II | $ 6,772.19 | | | |
| Bill Pmt -Check | 3/22/2021 | WIRE | NASDAQ EX FEES LEV I&II | $ 6,772.19 | $ 20,316.57 | Suppliers or Vendors | The Nasdaq Stock Market, Inc. PO Box 7777 W1270 Philadelphia, PA 19106-1270 |
| General Journal | 3/2/2021 | | New York State Sales Tax | $ 7,392.81 | $ 7,392.81 | Other - sales tax | NYS Sales Tax Processing POB 15168 Albany, NY 12212-5168 |

**SOFA Attachment 3**
**Certain payments or transfers to creditors within 90 days before filing this case**

In re Money.Net Incorporated
Case No. 21-10709 (BLS)

| Type | Date | Num | Name | Amount | Total Amount | Reason | Name and Address |
|------|------|-----|------|--------|--------------|--------|------------------|
| Bill Pmt -Check | 1/19/2021 | WIRE | Options Price Reporting Authority | $ 3,276.25 | | | |
| Bill Pmt -Check | 2/17/2021 | ACH | Options Price Reporting Authority | $ 2,376.25 | | | |
| Bill Pmt -Check | 3/24/2021 | ACH | Options Price Reporting Authority | $ 2,158.75 | $ 7,811.25 | Suppliers or Vendors | Options Price Reporting Authority P.O. Box 775625 Chicago, IL 60677-5625 |
| Check | 1/22/2021 | ACH | Quandl | $ 500.00 | | | |
| Check | 2/4/2021 | CBC | Quandl | $ 200.00 | | | |
| Check | 2/10/2021 | ACH | Quandl | $ 2,400.00 | | | |
| Check | 2/17/2021 | CBC | Quandl | $ 500.00 | | | |
| Check | 3/4/2021 | CBC | Quandl | $ 200.00 | | | |
| Check | 3/10/2021 | ACH | Quandl | $ 2,400.00 | | | |
| Check | 4/7/2021 | CBC | Quandl | $ 200.00 | | | |
| Check | 4/12/2021 | CBC | Quandl | $ 2,400.00 | $ 8,800.00 | Suppliers or Vendors | Quandl, 625 Church Street Suite 400, Toronto, ON M4Y 261 Canada |
| Bill Pmt -Check | 2/17/2021 | ACH | Ropes & Gray LLP | $ 500.00 | | | |
| Bill Pmt -Check | 3/12/2021 | ACH | Ropes & Gray LLP | $ 12,500.00 | | | |
| Bill Pmt -Check | 3/30/2021 | ACH | Ropes & Gray LLP | $ 500.00 | | | |
| Bill Pmt -Check | 3/30/2021 | ACH | Ropes & Gray LLP | $ 12,500.00 | | | |
| Bill Pmt -Check | 4/8/2021 | | Ropes & Gray LLP | $ - | | | |
| Bill Pmt -Check | 4/8/2021 | ACH | Ropes & Gray LLP | $ 4,870.00 | | | |
| Bill Pmt -Check | 4/8/2021 | ACH | Ropes & Gray LLP | $ 5,000.00 | | | |
| Bill Pmt -Check | 4/13/2021 | ACH | Ropes & Gray LLP | $ 20,000.00 | $ 55,870.00 | Other - Legal Retainer | Ropes & Gray LLP Mail Code: 11104 P.O. Box 11839 Newark, NJ 07101-8138 |
| Bill Pmt -Check | 1/19/2021 | WIRE | SpryWare LLC | $ 6,873.87 | | | |
| Bill Pmt -Check | 2/16/2021 | WIRE | SpryWare LLC | $ 6,873.87 | | | |
| Bill Pmt -Check | 3/16/2021 | WIRE | SpryWare LLC | $ 6,873.87 | $ 20,621.61 | Suppliers or Vendors | Spryware, LLC C/O Pico Quantitative Trading LLC 32 Old Slip - Suite 1601 New York, NY 10005 |
| Bill Pmt -Check | 3/24/2021 | ACH | The Law Offices of Daniel A. Singer PLLC | $ 5,045.00 | | | |
| Bill Pmt -Check | 4/5/2021 | ACH | The Law Offices of Daniel A. Singer PLLC | $ 2,500.00 | | | |
| Bill Pmt -Check | 4/15/2021 | ACH | The Law Offices of Daniel A. Singer PLLC | $ 7,000.00 | $ 14,545.00 | Other - Legal Retainer | The Law Offices of Daniel A. Singer PLLC 630 3rd Avenue, 18th Floor New York, New York 10017 |
| Bill Pmt -Check | 4/15/2021 | WIRE | Womble Bond Dickensen (US) LLP | $ 25,000.00 | $ 25,000.00 | Other - Legal Retainer | Womble Bond Dickinson (US) LLP, 1313 North Market Street Suite 1200, Wilmington, DE 19801 |
| Bill Pmt -Check | 1/26/2021 | ACH | Xignite | $ 15,246.00 | | | |
| Bill Pmt -Check | 2/24/2021 | ACH | Xignite | $ 15,246.00 | | | |
| Bill Pmt -Check | 3/30/2021 | ACH | Xignite | $ 15,246.00 | $ 45,738.00 | Suppliers or Vendors | Xignite, Inc. 1875 South Grant Street, #130  San Mateo, CA 94402 |
| **Chase Payroll Account:** | | | | | | | |
| Bill Pmt -Check | 2/1/2021 | ACH | ADP TOTALSOURCE (Insurance Billing) | $ 5,429.66 | | | |
| Bill Pmt -Check | 3/1/2021 | ACH | ADP TOTALSOURCE (Insurance Billing) | $ 5,429.66 | | | |
| Bill Pmt -Check | 4/5/2021 | ACH | ADP TOTALSOURCE (Insurance Billing) | $ 5,429.66 | $ 16,288.98 | Other - Health Insurance | ADP TOTALSOURCE (Insurance Billing) 10200 Sunset Drive Miami, FL 33173-3033 |

**SOFA Attachment 3**
Certain payments or transfers to creditors within 90 days before filing this case

**In re Money.Net Incorporated**
**Case No. 21-10709 (BLS)**

| Type | Date | Num | Name | Amount | Total Amount | Reason | Name and Address |
|---|---|---|---|---|---|---|---|
| **Credit Card Processing Fees · 70925** | | | | | | | |
| General Journal | 1/31/2021 | | 10910 · Amex Merchant Acct | $ 2,070.85 | | | |
| General Journal | 2/28/2021 | | 10910 · Amex Merchant Acct | $ 2,125.82 | | | |
| General Journal | 3/31/2021 | | 10910 · Amex Merchant Acct | $ 1,952.52 | | | |
| General Journal | 4/16/2021 | FEES | 10910 · Amex Merchant Acct | $ 1,867.47 | $ 8,016.66 | Other - Credit Card Processing Fees | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| General Journal | 1/31/2021 | | 10912 · Paymentech | $ 2,646.60 | | | |
| General Journal | 2/28/2021 | | 10912 · Paymentech | $ 2,643.09 | | | |
| General Journal | 3/31/2021 | | 10912 · Paymentech | $ 2,732.27 | | | |
| General Journal | 4/16/2021 | FEES | 10912 · Paymentech | $ 2,426.87 | $ 10,448.83 | Other - Credit Card Processing Fees | Chase Paymentech 4 Northeastern BLVD, Salem, NH 03079-1955 |

In re    **Money.Net Incorporated**                                    Case No.    **21-10709 (BLS)**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

### SOFA Attachment 4

**Salaries:**

| Type | Date | Num | Name | Amount | Morgan Downey | Janet Christofano |
|------|------|-----|------|--------|---------------|-------------------|
| | | | | | **Payroll** | **Payroll** |
| Check | 4/15/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 4/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 5/15/2020 | AUTO | Payroll | $11,458.31 | $5,729.16 | $5,729.16 |
| Check | 5/29/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 6/15/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 6/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 7/14/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 7/31/2020 | AUTO | Payroll | $11,457.84 | $5,728.92 | $5,728.92 |
| Check | 8/14/2020 | AUTO | Payroll | $11,457.84 | $5,728.92 | $5,728.92 |
| Check | 8/31/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 9/14/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 9/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 10/15/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 10/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 11/13/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 11/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 12/15/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 12/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 1/15/2021 | AUTO | Payroll | $13,082.94 | $6,541.47 | $6,541.47 |
| Check | 1/29/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 2/15/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 2/26/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 3/15/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 3/31/2021 | AUTO | Payroll | $0.00 | $0.00 | $0.00 |
| Check | 4/15/2021 | AUTO | Payroll | $0.00 | $0.00 | $0.00 |
| | | | | **Totals:** | **$140,707.70** | **$140,707.70** |

**Health Insurance Paid on Behalf of Employee:**

| | | **Morgan Downey** |
|---|---|---|
| May 1, 2020: | $3,220.45 | $3,220.45 |
| June 1, 2020 - April 1, 2021: | $3,524.71 | $38,771.81 |
| **Total:** | | **$41,992.26** |

| | | **Janet Christofano** |
|---|---|---|
| May 1, 2020: | $1,063.64 | $1,064.63 |
| June 1, 2020 - April 1, 2021: | $1,164.82 | $12,813.02 |
| **Total:** | | **$13,877.65** |

In re    **Money.Net Incorporated**                                      Case No.    **21-10709 (BLS)**
_____                         _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

### SOFA Attachment 11

**SOFA Attachment 11**

**In re Money.Net Incorporated**

**Payments related to bankruptcy**

**Case No. 21-10709 (BLS)**

| | | Who was Paid | If not money, describe the transfer | Dates | Total Amount |
|---|---|---|---|---|---|
| **11.1.** | | **Carroll Services LLC** | N/A | 3/23/2021 | $17,500.00 |
| | | 19680 Marino Lake Cir. #2403 | | 4/15/2021 | $12,500.00 |
| | | Miromar Lakes, FL 33913 | | **Total:** | **$30,000.00** |
| | | jim.carroll@carrollservices.com | | | |
| | | | | | |
| **11.2.** | | **Ropes & Gray LLP** | N/A | 3/12/2021 | $12,500.00 |
| | | Prudential Tower | | 3/30/2021 | $12,500.00 |
| | | 800 Boylston Street | | 4/8/2021 | $4,870.00 |
| | | Boston, MA 02199-3600 | | 4/8/2021 | $5,000.00 |
| | | www.ropesgray.com | | 4/13/2021 | $20,000.00 |
| | | | | **Total:** | **$54,870.00** |
| | | | | | |
| **11.3.** | | **Womble Bond Dickinson (US) LLP** | N/A | 4/15/2021 | $25,000.00 |
| | | 1313 North Market Street Suite 1200 | | **Total:** | **$25,000.00** |
| | | Wilmington, DE 19801 | | | |
| | | www.womblebonddickinson.com/us | | | |

In re  **Money.Net Incorporated**                                    Case No.    **21-10709 (BLS)**
                                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

### SOFA Attachment 20

**SOFA Attachment 20**                                                        **In re Money.Net Incorporated**
**Off-premises storage**                                                      **Case No. 21-10709 (BLS)**

| Facility Name and Address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Physical Storage:** | | | |
| **Manhattan Mini Storage** **161 Varick Street** **New York, NY 10013** | Janet Christofano Money.Net Incorporated 175 Varick Street, 5th Floor New York, NY 10014 Morgan Downey Money.Net Incorporated 175 Varick Street, 5th Floor New York, NY 10014 | Two (2) old servers Five (5) boxes: (1) canceled bank checks (1999-2006) (2) hard copy of tax filings (1999-present)     corporate and sales tax     (all on digital backup) (3) pre-2017 ADP payroll files     old notes and utility bills (4) old options (expired) documents     original signature board resolutions     (all on digital backup) (5) original signature subscription agreements     (all on digital backup) | Yes |
| **Digital Storage:** | | | |
| **Amazon Web Services** **410 Terry Ave. North** **Seattle, WA 98109-5210** | Ryan Smith Play Nice Together POB 510 Elmsford, NY 10523 Katarzyna Henslock-Matejczyk KatSoft Przasnyska 12/47, 01-756 Warsaw POLAND | Database files, some code | Yes |

**SOFA Attachment 20**
**Off-premises storage**

**In re Money.Net Incorporated**
**Case No. 21-10709 (BLS)**

| Facility Name and Address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cogent Communications, Inc.<br>510 Huntmar Park Drive<br>Herndon, VA 20170 | Ryan Smith<br>Play Nice Together<br>POB 510<br>Elmsford, NY 10523<br><br>Katarzyna Henslock-Matejczyk<br>KatSoft<br>Przasnyska 12/47, 01-756<br>Warsaw POLAND | User, customer database<br>Source Code<br>Object Code | Yes |
| IDrive Inc.<br>26115 Mureau Road<br>Suite A<br>Calabasa, CA 91302 | Ryan Smith<br>Play Nice Together<br>POB 510<br>Elmsford, NY 10523 | User, customer database<br>Source Code<br>Object Code<br>(Back up of AWS, Cogent) | Yes (will survive loss of AWS, Cogent) |
| Microsoft One Drive Live<br>One Microsoft Way<br>Redmond, WA 98052 | Janet Christofano<br>20 Fifth Avenue #7B<br>New York, NY 10011<br><br>Morgan Downey<br>80 North Moore Street #5D<br>New York, NY 10013 | All corporate files<br>All financial and tax files<br>Quickbooks backup<br>Vendor files | Yes (will survive loss of Remote Data Backups) |
| Remote Data Backups<br>P.O. Box 543<br>Fort Collins, CO 80522 | Janet Christofano<br>20 Fifth Avenue #7B<br>New York, NY 10011<br><br>Morgan Downey<br>80 North Moore Street #5D<br>New York, NY 10013 | Seconday backup of One Drive Live | Yes |

In re    **Money.Net Incorporated**                                    Case No.    **21-10709 (BLS)**
                                          Debtor(s)

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>

**SOFA Attachment 30**

**SOFA Attachment 30**
**Payments, distributions, or withdrawals credited or given to insiders**

In re Money.Net Incorporated
Case No. 21-10709 (BLS)

**Salaries:**

| Type | Date | Num | Name | Amount | Morgan Downey | Janet Christofano |
|------|------|-----|------|--------|---------------|-------------------|
| | | | | | **Payroll** | **Payroll** |
| Check | 4/15/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 4/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 5/15/2020 | AUTO | Payroll | $11,458.31 | $5,729.16 | $5,729.16 |
| Check | 5/29/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 6/15/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 6/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 7/14/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 7/31/2020 | AUTO | Payroll | $11,457.84 | $5,728.92 | $5,728.92 |
| Check | 8/14/2020 | AUTO | Payroll | $11,457.84 | $5,728.92 | $5,728.92 |
| Check | 8/31/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 9/14/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 9/30/2020 | AUTO | Payroll | $11,458.34 | $5,729.17 | $5,729.17 |
| Check | 10/15/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 10/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 11/13/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 11/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 12/15/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 12/30/2020 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 1/15/2021 | AUTO | Payroll | $13,082.94 | $6,541.47 | $6,541.47 |
| Check | 1/29/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 2/15/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 2/26/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 3/15/2021 | AUTO | Payroll | $13,083.34 | $6,541.67 | $6,541.67 |
| Check | 3/31/2021 | AUTO | Payroll | $0.00 | $0.00 | $0.00 |
| Check | 4/15/2021 | AUTO | Payroll | $0.00 | $0.00 | $0.00 |
| | | | | **Totals:** | **$140,707.70** | **$140,707.70** |

**Health Insurance Paid on Behalf of Employee:**

| | | **Morgan Downey** |
|---|---|---|
| May 1, 2020: | $3,220.45 | $3,220.45 |
| June 1, 2020 - April 1, 2021: | $3,524.71 | $38,771.81 |
| **Total:** | | **$41,992.26** |

| | | **Janet Christofano** |
|---|---|---|
| May 1, 2020: | $1,063.64 | $1,064.63 |
| June 1, 2020 - April 1, 2021: | $1,164.82 | $12,813.02 |
| **Total:** | | **$13,877.65** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| Money.Net Incorporated, | Case No. 21-10709 (BLS) |
| Debtor. | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rule of Bankruptcy Procedure, I certify that my firm, Womble Bond Dickinson (US) LLP ("WBD"), is counsel for the above-named debtor (the "Debtor") and that compensation paid to WBD within one year before the filing of the petition in bankruptcy, or agreed to be paid to WBD, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case is as follows:

    (a)     In connection with the bankruptcy filing, WBD received a $25,000 retainer on April 15, 2021.

2.      The source of the compensation paid to WBD was Money.Net Incorporated.

3.      WBD has not agreed to share the above-disclosed compensation with any other person unless they are a partner or associate of WBD.

4.      In return for the above-disclosed fee, WBD has agreed to render legal services relating to the bankruptcy case, including:

    (a)     Analysis of the Debtor's financial situation, and rendering advice to the Debtor concerning filing a petition in bankruptcy;

    (b)     Preparing and filing of any petition, schedules and statements of affairs which may be required; and

    (c)     Representation of the Debtor at the meeting of creditors, and any adjourned hearings thereof.

5.     By agreement with the Debtor, the above-disclosed fee does not include the representation of the Debtor in adversary proceedings and other contested bankruptcy matters; nor does it include any future non-bankruptcy representation.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to WBD for representation of the Debtor in this bankruptcy proceeding.

Dated:  April 29, 2021
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:      (302) 252-4320
Facsimile:       (302) 252-4330
Email:            matthew.ward@wbd-us.com
                  morgan.patterson@wbd-us.com

*Attorneys for Money.Net Incorporated*